U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JUL 1 1 2005

ROBERT H. SHEMWELL, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 04-50164-01/02 |
| versus | JUDGE HICKS |
| MICHAEL C. APPE and<br>MICHAEL L. BROWN | MAGISTRATE JUDGE HORNSBY |

## ORDER

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Defendants' **Motion to Dismiss Count I of the Indictment** (Docs. 50 & 61) is **DENIED.**

THUS DONE AND SIGNED at Shreveport, Louisiana, this 8th day of July, 2005.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE